UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohamud M., | Case No. 26-CV-0149 (NEB/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, U.S. Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Marco Charles, Acting Executive Associate Director, Enforcement and Removal Operations; and David Easterwood, Acting Director, Fort Snelling ICE Field Office, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Mohamud M. by no later than January 20, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

  b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 22, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 12, 2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge