UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOHAMUD F.M., | Case No. 26-CV-149 (NEB/SGE) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, United States Attorney General, KRISTI NOEM, Secretary, United States Department of Homeland Security, TODD M. LYONS, Acting Director, United States Immigration & Customs Enforcement, MARCO CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations, and DAVID EASTERWOOD, Acting Director, Fort Snelling ICE Field Office, | |
| Respondents. | |

This matter is before the Court on Petitioner Mohamud F.M.'s Petition for a Writ of Habeas Corpus and Respondents' unopposed Motion for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice. (ECF No. 1 ("Pet."); ECF No. 8.)

Mohamud F.M. is a citizen of Somalia. (Pet. ¶ 1.) On December 7, 2022, Mohamud F.M. was released from ICE custody on an Order of Supervision. (*Id.* ¶ 9; ECF No. 1-2.) On January 9, 2026, ICE took him back into custody. (Pet. ¶ 11.) Respondents now request an order remanding this matter to ICE for the immediate release of the petitioner on an

order of supervision with conditions pursuant to 8 C.F.R. § 241.5. (ECF No. 8.) Mohamud F.M. does not oppose this motion. (*Id.*)

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Mohamud F.M.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE;

2. The matter is REMANDED to United States Immigration and Customs Enforcement (ICE) for the immediate release of Mohamud F.M. from detention, pursuant to an ICE order of supervision with conditions under 8 C.F.R. § 241.5.

3. To the extent ICE personnel at Mohamud F.M.'s location are in possession of his work permit, the agency shall provide it to him upon release.

4. Each party shall bear its own costs, disbursements, and attorney's fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 22, 2026  
Time: 2:14 p.m.

BY THE COURT:  
s/Nancy E. Brasel  
Nancy E. Brasel  
United States District Judge