# UNITED STATES DISTRICT COURT

## District of Minnesota

Mohamud Farah Mohamed,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Marco Charles, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-149 NEB/SGE

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Mohamud F.M.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE;
2. The matter is REMANDED to United States Immigration and Customs Enforcement (ICE) for the immediate release of Mohamud F.M. from detention, pursuant to an ICE order of supervision with conditions under 8 C.F.R. § 241.5.
3. To the extent ICE personnel at Mohamud F.M.'s location are in possession of his work permit, the agency shall provide it to him upon release.
4. Each party shall bear its own costs, disbursements, and attorney's fees.

Date: 1/22/2026

KATE M. FOGARTY, CLERK